**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>SIEGE ELECTRIC, INC., a California corporation,<br><br>        Defendant. | CASE NO.: 2:24-cv-5265-JLS-E<br><br>**JUDGMENT** |

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan; Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund; Trustees of the Southern California IBEW-NECA Health Trust Fund; Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund; Trustees of the Los Angeles County Electrical Educational and Training Trust Fund; Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee; Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund; National Electrical Industry Fund; Los Angeles Electrical Workers Credit Union; and Southern California IBEW-NECA Administrative Corporation, shall recover from Siege Electric, Inc., a California corporation, $39,055.67 in unpaid contributions, $11,542.32 in liquidated damages, $2,597.90 in prejudgment interest, $16,960.45 in attorneys' fees, and $533.75 in costs, as well as post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: December 24, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2